THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 M. McFall Babb, Appellant,
 
 
 
 
 

v.

 
 
 
 
 Horry County, Respondent.
 
 
 
 
 

Appeal From Horry County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2010-UP-163
 Submitted February 1, 2010  Filed
February 24, 2010    

AFFIRMED

 
 
 
 Barbara Wilson Pratt, of Little River, for
 Appellant.
 John Weaver, of Conway, for Respondent.
 
 
 

PER CURIAM:  M. McFall Babb appeals the circuit
 court's affirmance of the Administrative Law Court's (ALC) order denying a
 special residential tax assessment of four percent for the tax year 2003 on
 property known as 4668 River Road, Little River, South Carolina.  Babb argues:
 (1) the circuit court lacked subject matter jurisdiction to hear his appeal due
 to his father's bankruptcy stay; (2) the ALC committed an error of law when it
 took judicial notice of Babb's family court records; and (3) the ALC's order is
 not supported by the evidence.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:
1.  As to whether the circuit
 court lacked subject matter jurisdiction:  11 U.S.C. § 362(a) (2006) (stating
 the automatic stay of bankruptcy applies generally to actions and proceedings
 against the debtor and his property).
2.  As to whether the circuit court erred taking judicial notice of family
 court records:  I'On, L.L.C. v. Town of Mount Pleasant, 338 S.C. 406, 422, 526 S.E.2d 716, 724 (2000) ("Imposing [the]
 preservation requirement on the appellant is meant to enable the lower court to
 rule properly after it has considered all relevant facts, law, and
 arguments."); Widman v. Widman, 348 S.C. 97, 119, 557 S.E.2d 693, 704 (Ct. App. 2001) ("As a general rule, an issue may not be raised for the
 first time on appeal, but must have been raised to and ruled upon by the court
 below to be preserved for appellate review.").
3. As to whether the ALC's order was
 supported by sufficient evidence: Waters
 v. S.C. Land Res. Conservation Comm'n, 321 S.C. 219, 226, 467 S.E.2d 913,
 917 (1996) ("[T]he burden is on appellants to prove convincingly that the [ALC's]
 decision is unsupported by the evidence.").
AFFIRMED.  
SHORT,
 WILLIAMS, JJ., and CURETON, A.J., concur.

[1]  We decide this case without oral argument
 pursuant to Rule 215, SCACR.